JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

TROY HOPKINS,

    Petitioner,

v.

N. BITTING (Agent), CDCR,

    Respondent.

No. ED CV 14-0028-CAS (DFM)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: April 11, 2016

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge